AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| United States of America<br>v.<br>Kevin Fraga and Alex Fraga<br><br>*Defendant(s)* | Case No. 17-MJ-2280 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __August 16-17, 2017__ in the county of __Barnstable__ in the
_____ District of __Massachusetts__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC Sections 841(a)(1) and 841(b)(1)(C) | Possession of fentanyl, heroin and cocaine, Schedule I and II controlled substances, with the intent to distribute. |
| 21 USC Section 846 | Attempted possession of fentanyl, heroin and cocaine, Schedule I and II controlled substances, with the intent to distribute. |

This criminal complaint is based on these facts:
See attached affidavit of DEA TFO Marc Powell

☑ Continued on the attached sheet.

*Complainant's signature*

Marc Powell   TFO
*Printed name and title*

Sworn to before me and signed in my presence.

Date: August 17, 2017

City and state: Boston, MA

MARIANNE B. BOWLER
UNITED STATES MAGISTRATE JUDGE
*Printed name and title*