## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| **v.** | **Crim. No. 17-MJ-02280-MBB** |
| **ALEX FRAGA AND KEVIN FRAGA,** | |
| **Defendants** | |

## <u>GOVERNMENT'S MOTION FOR A PROTECTIVE ORDER</u>

Pursuant to Rule 16(d)(1) of the Federal Rules of Criminal Procedure and Rule 116.6(B) of the Local Rules of the United States District Court for the District of Massachusetts ("Local Rules"), the United States of America hereby makes this motion for this Court to enter a protective order with regard to the wiretap materials marked "Confidential" that will be produced by the government pursuant to Title 18, United States Code, Section 2518(9) on Monday morning.

In support of this motion, the government states:

1.      Alex and Kevin Fraga (Defendants) were arrested on August 17, 2017 on federal narcotics charges.   A detention hearing is currently scheduled for August 21, 2017 at 2:30 p.m.

2.      At the detention hearing, the Government plans to introduce evidence of wiretap calls involving Defendants.   Pursuant to that, the Government will comply with Title 18, United States Code, Section 2518(9), which demands that the Government produce the wiretap orders and applications prior to any hearings.

3.      The Government will leave these wiretap materials for defense counsel at the US Attorney's Office on Monday, August 21, 2017 by 10:00 a.m.   These materials also pertain to ongoing investigations that are currently continuing.   Premature public disclosure of confidential materials and information could severely jeopardize these ongoing investigations, and create serious risks to the safety of any cooperating witnesses, confidential informants, and law enforcement personnel.

4.      Accordingly, the Government requests that the Court enter the following protective order: upon receipt of the wiretap materials, counsel for Defendants must maintain control of the materials at all times and must not transfer the wiretap materials to their clients.   Although counsel may discuss the wiretap materials with Defendants, these wiretap materials shall not be left or given to Defendants, whether they are incarcerated or released.   Further, neither Defendant may discuss with any third-party, other than defense counsel, the contents of the wiretap affidavit or application.   Finally, the wiretap materials must be returned to counsel for the Government after the detention hearing. The Government will provide the wiretap materials again during automatic discovery, if applicable.

Respectfully submitted,

WILLIAM D. WEINREB
Acting United States Attorney

*/s/ Eric S. Rosen*
ERIC S. ROSEN
Assistant United States Attorney

<u>CERTIFICATE OF SERVICE</u>

I certify that this document was filed on the date listed below through the ECF system, which will provide electronic notice to counsel as identified on the Notice of Electronic Filing.

_/s/ Eric S. Rosen_
ERIC S. ROSEN
Assistant United States Attorney

Dated:   August 18, 2017