UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

USA                                                                             NO.  17-CR-10321-ADB-1

V.

KEVIN FRAGA

## MOTION FOR RELEASE ON CONDITIONS

  Now comes the defendant and respectfully moves this Honorable Court to set conditions for his release pending sentencing, or for a specific period of time designated by the court.  Defendant previously waived his right to a detention hearing and on August 21, 2017 the court entered an order of voluntary detention without prejudice.

  The defendant specifically requests that the court enter such conditions of release as the court deems reasonable, including, but not limited to requiring that the defendant:

1) Not commit a federal, state, or local crime during his release;

2) Wear an electronic monitoring bracelet;

3) Reside with and remain in the custody of his mother, who will agree to assume supervision and to report any violation of a release condition to the court;

4) Maintain employment;

5) Comply with a curfew, and be permitted to leave his mother's residence only for work purposes;

6)  Not obtain a passport;

7) Report daily by telephone to pretrial services, or in person as ordered by the court;

8) Refrain from possessing a firearm, destructive device, or other dangerous weapon;

9)  Refrain from excessive use of alcohol or any use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner;

10) Execute an unsecured promissory bond;

11) Execute, along with his father, an agreement to forfeit upon failing to appear, the real property belonging to his father, at 45 Murphy Road, Hyannis, MA, which is his father's primary residence;

12) Satisfy any other condition deemed reasonable necessary by the court to assure the appearance of the defendant as required and to assure the safety of any other person and the community.

The defendant has two compelling reasons for petitioning the court for release at this time.  First, the defendant's mother is of extremely fragile health, having suffered several major medical events in the recent past.  The young defendant faces the very real prospect that the current holiday season may by the last one that he will be able to spend any time with her.

Second, the defendant operates an auto repair business which has been negatively impacted during his incarceration.  If the business survives, this is the livelihood that the defendant will return to upon his eventual release.  If the defendant is permitted to return to that business at this time, even for a relatively short period of time, he would be able to effectuate a business plan to sustain the operation during any period of future incarceration.

Respectfully submitted,
Defendant, Kevin Fraga, by:

Dated:  December 18, 2017

/s/ **Francis T. O'Brien, Jr**

Francis T. O'Brien, Jr.
BBO # 548457
O'Brien Law Boston
50 Congress St. Ste. 525
Boston, MA  02109
617-512-0939
fob@obrienlawboston.com