IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>KEVIN FRAGA,<br><br>    Defendant. | Case No. 17-CR-10321-ADB |

FILING IN OPPOSITION TO BAIL MOTION

  The United States of America, by and through Assistant United States Attorney Eric S. Rosen, files this opposition to Defendant Kevin Fraga's motion for release from custody (Doc. No. 24). In support of this opposition, the Government states as follows:

  1. Defendant pled guilty to conspiracy to distribute and possess with intent to distribute 400 grams or more of fentanyl on November 1, 2017. This charge carries a sentence of from 10 years to life imprisonment. Title 18, United States Code, Section 3143(a)(2) provides for mandatory detention for crimes such as the one Defendant pled guilty to *unless* there is a substantial likelihood that a motion for acquittal or new trial will be granted <u>or</u> the attorney for the Government has recommended no sentence of imprisonment. Those criteria do not apply here.

  2. Even if those criteria did apply, this Court must then determine Court that Defendant is not a danger to the community or risk of flight. *See* 18 USC 3143(a)(2)(B). Defendant fails to meet his burden. Defendant has admitted guilt in distributing large quantities of fentanyl, which is perhaps the most dangerous drug in circulation today. In addition, Defendant has ties to Brazil (a country from which extradition is difficult), making risk of flight a factor as well.

3. Finally, Section 18 USC Section 3145 does provide for release if a defendant has "clearly shown that there are exceptional reasons why such person's detention would not be appropriate." The Government is sympathetic to Defendant's arguments regarding his mother's allegedly fragile health. However, Defendant has failed to provide any documentation regarding his mother's medical condition, which makes it difficult to confirm the information set forth in his motion. Moreover, even if Defendant's mother's health was at issue, the Government has been unable to find case law demonstrating that a family member's health constitute "exceptional circumstances" justifying release.

4. In short, Defendant's motion for release should be denied without a hearing.

    Respectfully submitted,

    ANDREW LELLING
    United States Attorney

By: /s/ *Eric S. Rosen*
    Eric S. Rosen
    Assistant U.S. Attorney

## **Certificate of Service**

I hereby certify that this document was filed on ECF December 22 2017.

By: /s/ *Eric S. Rosen*
Eric S. Rosen
Assistant U.S. Attorney